**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Comerica Bank v. Bernard Geers and Helen Geers | FILED: MAY 19, 2008<br>08 cv 2898    JH<br>JUDGE HOLDERMAN<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Comerica Bank

| |
|---|
| NAME (Type or print)<br>Dean J. Groulx |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Dean J. Groulx |
| FIRM<br>Simon, Galasso & Frantz, PLC |
| STREET ADDRESS<br>111 East Wacker Dr., #2006 |
| CITY/STATE/ZIP<br>Chicago    IL    60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6291336 | TELEPHONE NUMBER<br>312-228-0550 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐