## United States District Court for the Northern District of Illinois

Case Number: 08CV2898     Assigned/Issued By: DAJ

Judge Name: HOLDERMAN     Designated Magistrate Judge: COLE

### FEE INFORMATION

Amount Due:   [✓] $350.00     [ ] $39.00     [ ] $5.00
              [ ] IFP         [ ] No Fee     [ ] Other _____
              [ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00     Receipt #: 2788753

Date Payment Rec'd: 05/19/08     Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
                                         (Victim, Against and $ Amount)
[ ] Citation to Discover Assets

[ ] Writ _____
        (Type of Writ)

2  Original and  0  copies on  05/19/08  as to  BERNARD GREERS,
                                (Date)
HELEN GREERS.

C:\wpwin80\docket\feeinfo.frm     03/14/05